JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS WYNNYCKY,<br>　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES OF AMERICA,<br>　　Defendant. | CV 22-2504 DSF (KSx)<br><br>JUDGMENT |

The Court ordered that this case be dismissed by consent of Plaintiff as evidenced by Plaintiff's lack of opposition to a motion to dismiss.

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover its costs of suit pursuant to a bill of costs.

IT IS SO ORDERED.

Date: May 10, 2022

　　　　　　　　　　　　　　　　　　　*Dale S. Fischer*
　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　United States District Judge